**FINANCIAL DISCLOSURE REPORT**

Nomination Report

AO-16 (w)
Rev. 1/98

Report Required by the Ethics
Reform Act of 1989, Pub L No.
101-194, November 30, 1989
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Robert B. | U.S. Ct. of Appeals, 4th Cir. | 06/29/1998 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U. S. Circuit Judge - Nominee | 5. Report Type (check type)<br><br>X Nomination, Date 06/24/1998<br><br>Initial    Annual    Final | 6. Reporting Period<br><br>01/01/1997<br>to<br>06/29/1998 |

| 7. Chambers or Office Address<br><br>1300 Bank One Center<br><br>707 Virginia Street, East<br><br>Charleston, WV 25301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Executor | Estate of Gladys Holyman King Gregory (deceased mother) Greenbrier County, West Virginia |
| 2 | | |
| 3 | Co-Trustee | William E. King Children Education Trust, (deceased brother), United National Bank (corporate Trustee), Charleston, WV |

## II. AGREEMENTS *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE (No reportable agreements.) | |
| 1 | | Law Firm Buy-out: Our law firm, King Allen Guthrie & McHugh, has a buy-out provision for a withdrawing partner. Pursuant thereto, the (cont'd. Part 8) |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 1996 | King Allen & Guthrie (services) Charleston, WV | $ 643,000.00 |
| 2 | 1997 | King Allen & Guthrie (services) Charleston, WV | $ 376,000.00 |
| 3 | 1998 | King Allen Guthrie & McHugh    (*) Charleston, WV | $ 121,000.00 |
| 4 | 1996 | Pennzoil Products Company (S) (Royalties) Houston, TX | |

(*) Approximate six months share of 1998 net income of law firm.

**Senate Response (Public) Exhibit 20**

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | King, Robert B. | 06/29/1998 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children: use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Bank One, West Virginia Charleston, WV | Mortgage on Town House, Morgantown, WV | L |
| 2 | Bank One, West Virginia Charleston, WV | Individual Line of Credit | K |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES:J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>King, Robert B. | | Date of Report<br>06/29/1998 |
|---|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 1 America Online Inc. Del (com) | | None | M | T | | | | | |
| 2 Banc One Corporation (com) | A | Dividend | J | T | | | | | |
| 3 Bankamerica Corp (com) | A | Dividend | K | T | | | | | |
| 4 Bio-Plexus Inc (com) | | None | J | T | | | | | |
| 5 Callaway Golf Co (Com) | A | Dividend | J | T | | | | | |
| 6 Cisco Systems Inc (com) | | None | K | T | | | | | |
| 7 Coca-Cola Company (com) | A | Dividend | L | T | | | | | |
| 8 Compaq Computer Corp (com) | | None | M | T | | | | | |
| 9 Dell Computer Corp (com) | | None | M | T | | | | | |
| 10 Walt Disney Corp (com) | A | Dividend | L | T | | | | | |
| 11 Gateway 2000 Inc (com) | | None | J | T | | | | | |
| 12 Intel Corp (com) | A | Dividend | L | T | | | | | |
| 13 Iomega Corp (com) | | None | J | T | | | | | |
| 14 Merck & Co Inc (com) | B | Dividend | L | T | | | | | |
| 15 Microsoft Corp (com) | | None | L | T | | | | | |
| 16 Morgan Stanley Dean Witter Discover & Co (com) | A | Dividend | L | T | | | | | |
| 17 Motorola Incorporated (com) | A | Dividend | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

**Name of Person Reporting**
King, Robert B.

**Date of Report**
06/29/1998

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT------------------- | | | | |
| 18 Nike Inc CL B (com) | A | Dividend | K | T | | | | | |
| 19 Oracle Corp (com) | | None | K | T | | | | | |
| 20 Pepsico Incorporated (com) | A | Dividend | K | T | | | | | |
| 21 Proctor & Gamble Co (com) | A | Dividend | L | T | | | | | |
| 22 Sprint Corp (com) | A | Dividend | J | T | | | | | |
| 23 3Com Corp (com) | | None | J | T | | | | | |
| 24 At Home Corp Ser A (com) | | None | J | T | | | | | |
| 25 LSI Logic Corp (com) | | None | J | T | | | | | |
| 26 American Express Company (com) | A | Dividend | J | T | | | | | |
| 27 Citicorp (com) | A | Dividend | K | T | | | | | |
| 28 Federal Home Loan Corporation (com) | A | Dividend | K | T | | | | | |
| 29 First Union Corp (com) | A | Dividend | K | T | | | | | |
| 30 Johnson & Johnson (com) | A | Dividend | K | T | | | | | |
| 31 Eli Lilly & Co. (com) | A | Dividend | K | T | | | | | |
| 32 Pfizer (com) | A | Dividend | K | T | | | | | |
| 33 PNC Corp (com) | A | Dividend | K | T | | | | | |
| 34 Schering Plough Corp (com) | A | Dividend | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>King, Robert B. | | Date of Report<br>06/29/1998 |
|---|---|---|---|

**VII. Page 3  INVESTMENTS and TRUSTS – income, value, transactions** *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting<br>period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale,<br>merger,<br>redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT— — — — — — — — — — — — — — — — — — — | | | | | |
| 35 Wells Fargo & Co. (com) | A | Dividend | K | T | | | | | | |
| 36 Assend Communications (com) | | None | J | T | | | | | | |
| 37 ESS Technologies Inc. (com) | | None | J | T | | | | | | |
| 38 Pairgain Technologies (com) | | None | J | T | | | | | | |
| 39 Seagate Technologies (com) | | None | J | T | | | | | | |
| 40 Worldcom Corp (com) | | None | J | T | | | | | | |
| 41 Sun Microsystems (com) | | None | J | T | | | | | | |
| 42 Yahoo Inc. (com) | | None | K | T | | | | | | |
| 43 Tricon Global Restaurants Inc (com) | | None | J | T | | | | | | |
| 44 Abercrombie & Fitch (com)(S) | | None | J | T | | | | | | |
| 45 Cisco Systems Inc (com) (S) | | None | J | T | | | | | | |
| 46 Dell Computer Corp (com)(S) | | None | K | T | | | | | | |
| 47 Federal Home Loan Corporation (com)(S) | A | Dividend | J | T | | | | | | |
| 48 Merck & Co. Inc. (com) (S) | A | Dividend | J | T | | | | | | |
| 49 E. I. DuPont (com) (S) | A | Dividend | J | T | | | | | | |
| 50 America Online Inc Del (com) (DC) | | None | L | T | | | | | | |
| 51 Eltrax Systems Inc (com)(DC) | | None | J | T | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

Digitized by Google

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B. | 06/29/1998 |

### VII. Page 4 INVESTMENTS and TRUSTS — Income, value, transactions (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (If private transaction) | |
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | | |
| 52 Motorola Incorporated (com) (DC) | A | Dividend | J | T | | | | | | |
| 53 Pepsico Incorporated (com) (DC) | A | Dividend | J | T | | | | | | |
| 54 3Com Corp (com) (DC) | | None | J | T | | | | | | |
| 55 Tricon GLBL Restaurants (com) (DC) | | None | J | T | | | | | | |
| 56 Cisco Systems Inc. (com) (DC) | | None | J | T | | | | | | |
| 57 Pan Am Corp (com) (DC) | | None | J | T | | | | | | |
| 58 Windmere Durable Holding (com) (DC) | A | Dividend | J | T | | | | | | |
| 59 At Home Corp Ser A (com) (DC) | | None | J | T | | | | | | |
| 60 Dell Computer Corp. (com) (DC) | | None | K | T | | | | | | |
| 61 Intel Corp (com) (DC) | A | Dividend | J | T | | | | | | |
| 62 Oracle Corporation (com) (DC) | | None | J | T | | | | | | |
| 63 Pennzoil Products Co., Houston, TX (S) | C | Dividend | K | W | | | | | | |
| 64 Oil and Gas Interests, Tyler and other counties, WV (S) | C | Dividend | J | W | | | | | | |
| 65 Gillette Co (com) | A | Dividend | K | T | | | | | | |
| 66 Hilton Hotels Corp (com) | A | Dividend | J | T | | | | | | |
| 67 Windmere Durable Holding (com) (S) | A | Dividend | J | T | | | | | | |
| 68 Compaq Computer Corp. (com) (DC) | | None | J | T | | | | | | |

1 Inc/Gain Codes: (Col. B1, D4)
A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: (Col. C1, D3)
J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: (Col. C2)
Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
U=Book Value   V=Other   W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>King, Robert B. | Date of Report<br>06/29/1998 |
|---|---|---|

**VII. Page 5 INVESTMENTS and TRUSTS — Income, value, transactions** *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale,<br>merger,<br>redemption) | - If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | | |
| 69 United BankShares (com) (DC) | A | Dividend | J | T | | | | | | |
| 70 R F Micro Devices (com) (DC) | | None | J | T | | | | | | |
| 71 King Allen Guthrie & McHugh | | | | | | | | | | |

Our law firm, King Allen Guthrie & McHugh, has a buy-out provision for a withdrawing partner. Pursuant thereto, the withdrawing partner is compensated by payment of a fixed sum, plus his or her capital account, plus his or her share of the firm's net income to the date of withdrawal. The fixed sum is calculated on the basis of the withdrawing partner's units of participation (percentage) for a period of the firm's expected net income, based on the firm's Annual Budget.

As of the end of 1997, the value of my capital account at the firm was approximately $61,000. Based upon my 1998 percentage ownership of the firm, the value of the buy-out provision is approximately $33,000. Upon my departure from the firm, I would receive payment of that sum, plus payment of my capital account, plus payment of my share of the firm's 1998 net income to the date of withdrawal.

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

# 149

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | King, Robert B. | 06/29/1998 |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.
*(Indicate part of report.)*

PART 2: Re: Law Firm Buy-out: cont'd ...compensated by payment of a fixed sum, plus his or her capital account, plus his or her share of the firm's net income to the date of withdrawal.  The fixed sum is calculated on the basis of the withdrawing partner's units of participation (percentage) for a period of the firm's expected net income, based on the firm's Annual Budget.

As of the end of 1997, the value of my capital account at the firm was approximately $61,000.  Based upon my 1998 percentage ownership of the firm, the value of the buy-out provision is approximately $33,000.  Upon my departure from the firm, I would receive payment of that sum, plus payment of my capital account, plus payment of my share of the firm's 1998 net income to the date of withdrawal.

Digitized by Google

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert D. | 06/29/1998 |

**SECTION HEADING.** (Indicate part of report)

Information continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 1987 | Pennzoil Products Company (S) (Royalties) Houston, TX | |
| 6 | 1998 | Pennzoil Products Company (S) (Royalties) Houston, TX | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | King, Robert B. | 06/29/1998 |

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Robert B. King_ Date _June 29, 1998_

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

## FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Digitized by Google

# SENATE RESPONSE (PUBLIC)

## EXHIBITS 21-A through 21-D

## ROBERT BRUCE KING

**July 3, 1998**

Digitized by Google

FINANCIAL STATEMENT                     July 3, 1998
(NET WORTH)

ROBERT BRUCE KING

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liability (include debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | $20,000 | Notes payable to banks — secured Schedule E | $14,000 |
| U.S. Government securities — add schedule | | Notes payable to banks — unsecured | |
| | -0- | | -0- |
| Listed securities — add schedule | | Notes payable to relatives | -0- |
| SCHEDULE A | $678,328 | | |
| Unlisted securities - add schedule | -0- | Notes payable to others | -0- |
| Accounts and notes receivable: | -0- | Accounts and bills due | -0- |
| Due from relatives and friends | -0- | Unpaid income tax | -0- |
| Due from others | -0- | Other unpaid tax and interest | -0- |
| Doubtful | | Real estate mortgages payable — | |
| | -0- | Schedule E | $136,756 |
| Real estate owned — add schedule | | Chattel mortgages and other liens payable | |
| SCHEDULE B | $400,000 | | -0- |
| Real estate mortgages receivable | -0- | Other debts — itemize: | -0- |
| Autos and other personal property | $60,000 | Life Insurance Policy Loans | $34,000 |
| | | (Northwestern ML Insurance Company) | |
| Cash value — life insurance | $170,000 | | |
| Other assets — itemize: | | | |
| IRA - SCHEDULE C | $91,746 | | |
| Pension Plans - SCHEDULE D | $893,333 | Total liabilities | $184,756 |
| Interest in Law Firm | $100,000 | Net worth | $2,228,651 |
| Total assets | $2,413,407 | Total liabilities and net worth | $2,413,407 |

| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
|---|---|---|---|
| As endorser, co-maker or guarantor | | Are any assets pledged? (Add schedules) | NO |
| 1) Law firm Line of Credit, with law partners - $200,000.00 | | | |
| Balance | $85,000 | | |
| 2) Law firm loan on computer equipment | | | |
| Balance | $116,900 | | |
| On leases or contracts | | Are you a defendant in any suits or legal | |
| | -0- | actions? | NO |
| Legal Claims | -0- | Have you ever taken bankruptcy? | NO |
| Provision for Federal Income Tax | -0- | | |
| Other special debt | -0- | | |

Senate Response (Public) Exhibit 21-A

Digitized by Google

SCHEDULE A
TO
FINANCIAL STATEMENT OF
ROBERT BRUCE KING OF JULY 3, 1998

Listed Securities
  J.J.B. Hilliard, W.L. Lyons, Inc.
  Charleston, WV 25301

1.    Robert B. King

| COMPANY | NO. OF SHARES | (AS OF 3 JULY 98) VALUE |
|---|---|---|
| American Online Inc Del | 1200 | 126,150.00 |
| BankAmerica Corp | 200 | 17,300.00 |
| Cisco Systems Inc | 300 | 27,618.75 |
| Coca Cola Company | 400 | 34,200.00 |
| Compaq Computer Corp | 2500 | 70,937.50 |
| Dell Computer Corp | 600 | 55,687.50 |
| Walt Disney Company | 200 | 21,012.50 |
| Intel Corp | 800 | 59,300.00 |
| Merck & Co Inc | 300 | 40,125.00 |
| Microsoft Corp | 400 | 43,350.00 |
| Morgan Stanley Dean | 330 | 30,153.75 |
| Oracle Corporation | 600 | 14,737.50 |
| Pepsico Incorporated | 600 | 24,712.50 |
| Procter & Gamble Co | 400 | 36,425.00 |

    Money Market Funds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,628.61
    TOTAL OF ACCOUNT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $605,338.61

2.    Robert B. King Special Account

| COMPANY | NO. OF SHARES | (AS OF 3 JULY 98) VALUE |
|---|---|---|
| At Home Corp Ser A | 200 | 9,462.50 |
| American Online Inc Del | 200 | 21,025.00 |
| Dell Computer Corp | 200 | 37,125.00 |
| LSI Logic Corp | 100 | 2,306.25 |
| Oracle Corporation | 100 | 2,456.25 |

    Money Market Funds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $613.93
    Total of Account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $72,988.93

    TOTAL OF SECURITIES ACCOUNTS                    $678,327.54

Digitized by Google

**SCHEDULE B**
**TO**
**FINANCIAL STATEMENT OF**
**ROBERT BRUCE KING OF JULY 3, 1998**

**Real Estate Owned**
(Joint Tenancy with Survivorship) (with Julia D. King, Spouse)

Residence:
Charleston, West Virginia
Fair Market Value: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $400,000

   TOTAL REAL ESTATE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $400,000

**SCHEDULE C**
**TO**
**FINANCIAL STATEMENT OF**
**ROBERT BRUCE KING OF JULY 1, 1998**

**IRA Account, Robert B. King**

J.J.B. Hilliard, W.L. Lyons, Inc.
Charleston, WV 25301

|  |  | (AS OF 3 JULY 98) |
| --- | --- | --- |
| COMPANY | NO. OF SHARES | VALUE |
| American Online Inc Del | 200 | 21,025.00 |
| Amer Express Co | 100 | 11,375.00 |
| Compaq Computer Corp | 400 | 11,350.00 |
| Intel Corp | 90 | 6,671.25 |
| Procter & Gamble Co | 200 | 18,212.50 |
| Cisco Systems | 100 | 9,206.25 |
| Eli Lilly & Co. | 100 | 6,625.00 |

   Money Market Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $7,280.81

   Total of Account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $91,745.81

Digitized by Google

156

## SCHEDULE D
## TO
## FINANCIAL STATEMENT OF
## ROBERT BRUCE KING OF JULY 3, 1998

**Pension Plans**

1.  King Allen Guthrie & McHugh Money Purchase Plan
    Pension Fund
    TRUSTEE: Bank One, West Virginia, Charleston, WV
    Self Directed
    J.J.B. Hilliard, W.L. Lyons, Inc.
    Charleston, WV 25301

| COMPANY | NO. OF SHARES | (AS OF 3 JULY 98) VALUE |
|---|---|---|
| Cisco Sys Inc | 600 | 55,237.50 |
| Citicorp | 200 | 29,850.00 |
| Coca Cola Co | 600 | 51,300.00 |
| Compaq Computer Corp | 1,500 | 42,562.50 |
| Dell Computer Corp | 800 | 74,250.00 |
| Walt Disney Co | 300 | 31,518.75 |
| Federal Home Ln Mtg Corp | 500 | 23,531.25 |
| First Un Corp | 400 | 23,300.00 |
| Gillette Co | 400 | 22,750.00 |
| Hilton Hotels Corp | 300 | 8,587.50 |
| Intel Corp | 400 | 29,650.00 |
| Johnson & Johnson | 500 | 37,000.00 |
| Eli Lilly & Co | 600 | 39,750.00 |
| Merck & Co Inc | 300 | 40,125.00 |
| Microsoft Corp | 600 | 65,025.00 |
| Morgan Stanley Dean | 500 | 45,687.50 |
| Nike Inc | 400 | 19,475.00 |
| Pepsico Inc | 400 | 16,475.00 |
| Pfizer Inc | 400 | 43,475.00 |
| PNC Bank Corp | 300 | 16,162.50 |
| Schering Plough Corp | 300 | 27,487.50 |
| Tricon Global Restaurants inc | 40 | 1,267.50 |
| Wells Fargo & Co | 100 | 36,900.00 |

Money Market Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $19,000.00
Total of Account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $800,367.50

Digitized by Google

### SCHEDULE D
### TO FINANCIAL STATEMENT OF
### ROBERT BRUCE KING OF JULY 3, 1998
### (CONTINUED)

2.  King Allen Guthrie & McHugh Profit Sharing Plan
    TRUSTEE: Bank One, West Virginia, Charleston, WV
    Self Directed
    J.J.B. Hilliard, W.L. Lyons, Inc.
    Charleston, WV 25301

|  |  | (AS OF 3 JULY 98) |
|---|---|---|
| COMPANY | NO. OF SHARES | VALUE |
| American Online Inc Del | 200 | 11,025.00 |
| Ascend Communications inc | 100 | 4,956.25 |
| At Home Corp Ser | 100 | 4,731.25 |
| Cisco Sys Inc | 100 | 9,206.25 |
| ESS Technology Inc | 100 | 468.75 |
| Gateway 2000 Inc | 100 | 5,000.00 |
| LSI Logic Corp | 100 | 2,306.25 |
| Oracle Corp | 150 | 3,684.37 |
| Pairgain Technologies Inc | 200 | 3,487.50 |
| Seagate Technology | 100 | 2,387.50 |
| Sun Microsystems Inc | 100 | 4,343.75 |
| Worldcom Inc | 100 | 4,843.75 |
| Yahoo Inc | 150 | 23,625.00 |

Money Market Fund . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,900.00

Total of Account . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $92,965.62

Total Pension Plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $893,333.12

### SCHEDULE E
### TO
### FINANCIAL STATEMENT OF
### ROBERT BRUCE KING OF JULY 3, 1998

Balance Owing

1. Real Estate Mortgages Payable

   Residence, Charleston, West Virginia
   Bank One, West Virginia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $136,756

2. Automobile Loan

   Bank One, West Virginia . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $14,000

Digitized by Google

158

SCHEDULE A
TO
FINANCIAL STATEMENT OF
JULIA D. KING (Spouse)

**Listed Securities**
J.J.B. Hilliard, W.L. Lyons, Inc.
Charleston, WV 25301

Julia D. King

|  | | (AS OF 30 JUNE 98) |
| COMPANY | NO. OF SHARES | VALUE |
| --- | --- | --- |
| Abercrombie & Fitch Cl A | 100 | 4,400.00 |
| Cisco Systems Inc. | 75 | 6,904.68 |
| Dell Computer Corp | 100 | 18,562.50 |
| Fedl Home Loan Mtg Corp | 200 | 9,412.50 |
| Merck & Co Inc | 100 | 13,375.00 |

Money Market Funds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,116.98
TOTAL OF ACCOUNT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $57,771.66

| E.I. Dupont De Nemours & Co | 36 | 2,688.75 |
| (Stock Certificate held personally) | | |

TOTAL OF SECURITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $60,460.41

**SCHEDULE B**
**TO**
**FINANCIAL STATEMENT OF**
**JULIA D. KING (Spouse)**

**IRA**

Julia D. King
J.J.B. Hilliard, W.L. Lyons, Inc.
Charleston, WV 25301

| | | (AS OF 30 JUNE 98) |
|---|---|---|
| **COMPANY** | **NO. OF SHARES** | **VALUE** |
| Cisco Systems Inc | 75 | 6,904.68 |
| Merck & Co Inc | 11 | 1,471.25 |
| Windmere Durable Holding | 6 | 214.87 |

Money Market Funds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $565.71
TOTAL OF ACCOUNT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $9,156.51

**SCHEDULE C**
**TO**
**FINANCIAL STATEMENT OF**
**JULIA D. KING (Spouse)**

**REAL ESTATE OWNED**

Various real estate interests in oil and natural gas located in Tyler, Doddridge, Ritchie and Wetzel Counties of West Virginia, inherited from spouse's mother in 1993. Income is received by spouse with respect to these various interests from the following:

Pennzoil Products Company, Oil City, PA
Pennzoil Exploration and Production Co., Houston, TX
HAH Petroleum, Inc., Agent, Smithville, WV
Trek, Inc., Vienna, WV
Carl E. Walters, Alvy, WV
Ergon Oil Purchasing, Inc., Jackson, MS

**VALUE**

FAIR MARKET VALUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $25,000

Digitized by Google

FINANCIAL STATEMENT        June 30, 1998
(NET WORTH)

ROBERT BRUCE KING, JR. (Son)

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liability (include debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | $200 | Notes payable to banks — secured | -0- |
| U.S. Government securities — add schedule | -0- | Notes payable to banks — unsecured | -0- |
| Listed securities — SCHEDULE A | $54,164 | Notes payable to relatives | -0- |
| Unlisted securities - add schedule | -0- | Notes payable to others | -0- |
| Accounts and notes receivable: | -0- | Accounts and bills due | -0- |
|    Due from relatives and friends | -0- | Unpaid income tax | -0- |
|    Due from others | -0- | Other unpaid tax and interest | -0- |
|    Doubtful | -0- | Real estate mortgages payable — add schedule | -0- |
| Real estate owned — add schedule | -0- | Chattel mortgages and other liens payable | -0- |
| Real estate mortgages receivable | -0- | Other debts — itemize: | -0- |
| Autos and other personal property | $1,000 | | |
| Cash value — life insurance | -0- | | |
| Other assets — itemize: | | | |
| | | Total liabilities | -0- |
| | | Net worth | $55,364 |
| Total assets | $55,364 | Total liabilities and net worth | $55,364 |

| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
|---|---|---|---|
| As endorser, co-maker or guarantor | -0- | Are any assets pledged? (Add schedules) | NO |
| On leases or contracts | -0- | Are you defendant in any suits or legal actions? | NO |
| Legal Claims | -0- | Have you ever taken bankruptcy? | NO |
| Provision for Federal Income Tax | -0- | | |
| Other special debt | -0- | | |

Senate Response (Public) Exhibit 21-C

Digitized by Google

SCHEDULE A
TO
FINANCIAL STATEMENT OF
ROBERT BRUCE KING, JR (Son)

**Listed Securities**
J.J.B. Hilliard, W.L. Lyons, Inc.
Charleston, WV 25301

Robert Bruce King Jr.

| COMPANY | NO. OF SHARES | (AS OF 30 JUNE 98) VALUE |
|---|---|---|
| America Online Inc Del | 400 | 42,050.00 |
| 3Com Corp | 100 | 3,068.75 |
| Pfizer | 50 | 5,434.37 |

Money Market Funds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,611.23
TOTAL OF ACCOUNT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $54,164.35

Digitized by Google

# 162

FINANCIAL STATEMENT
(NET WORTH)

June 30, 1998

**WILLIAM BRYAN KING II (Son)**

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liability (include debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | $1,500 | Notes payable to banks — secured | $15,800 |
| U.S. Government securities — add schedule | -0- | Notes payable to banks — unsecured | -0- |
| Listed securities — **SCHEDULE A** | $82,249 | Notes payable to relatives | -0- |
| Unlisted securities - add schedule | -0- | Notes payable to others | -0- |
| Accounts and notes receivable: | -0- | Accounts and bills due | -0- |
| Due from relatives and friends | -0- | Unpaid income tax | -0- |
| Due from others | -0- | Other unpaid tax and interest | -0- |
| Doubtful | -0- | Real estate mortgages payable — add schedule | -0- |
| Real estate owned — add schedule | -0- | Chattel mortgages and other liens payable | -0- |
| Real estate mortgages receivable | -0- | Other debts — itemize: | -0- |
| Autos and other personal property | $24,000 | | |
| Cash value — life insurance | -0- | | |
| Other assets — itemize: | | | |
| **IRA - SCHEDULE B** | $2,367 | | |
| | | Total liabilities | $15,800 |
| | | Net worth | $94,316 |
| Total assets | $110,116 | Total liabilities and net worth | $110,116 |
| **CONTINGENT LIABILITIES** | | **GENERAL INFORMATION** | |
| As endorser, co-maker or guarantor | -0- | Are any assets pledged? (Add schedules) | NO |
| On leases or contracts | -0- | Are you defendant in any suits or legal actions? | NO |
| Legal Claims | -0- | Have you ever taken bankruptcy? | NO |
| Provision for Federal Income Tax | -0- | | |
| Other special debt | -0- | | |

Senate Response (Public) Exhibit 21-D

Digitized by Google

SCHEDULE A
TO
FINANCIAL STATEMENT OF
WILLIAM BRYAN KING II (Son)

Listed Securities

J.J.B. Hilliard, W.L. Lyons, Inc.
Charleston, WV 25301

| COMPANY | NO. OF SHARES | (AS OF 30 JUNE 98) VALUE |
|---|---|---|
| Cisco Systems Inc | 150 | 13,809.37 |
| Pan Am Corp | 200 | 50.00 |
| Compaq Computer | 100 | 2,837.50 |
| At Home Corp Ser A | 100 | 4,731.25 |
| America Online Inc Del | 200 | 21,025.00 |
| Dell Computer Corp | 300 | 27,843.75 |
| International Fibercom | 100 | 871.87 |
| Intel Corp | 100 | 7,412.50 |
| Oracle Corporation | 150 | 3,684.37 |
| RF Micro Devices | 100 | 1,087.50 |

TOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $83,353.11
Margin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ($1,104.47)

TOTAL OF ACCOUNT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $82,248.64


SCHEDULE B
TO
FINANCIAL STATEMENT OF
WILLIAM BRYAN KING II (Son)

IRA
J.J.B. Hilliard, W.L. Lyons, Inc.
Charleston, WV 25301

| COMPANY | NO. OF SHARES | (AS OF 30 JUNE 98) VALUE |
|---|---|---|
| Compaq Computer | 30 | 851.25 |
| United Bankshares Inc W Va. | 40 | 1,365.00 |

Money Market . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $151.10
TOTAL OF ACCOUNT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,367.35

Digitized by Google